USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**THE LYND COMPANY, et al.,**

               **Plaintiffs,**

     -against-

**SAPIR,**

               **Defendant.**

**23-mc-00404 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiffs are hereby **ORDERED** to serve their motion to compel and associated filings upon the Defendant and file proof of such service by affidavit or similar instrument on or before November 21, 2023.

**SO ORDERED.**

Dated:    **November 17, 2023**
              **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**